rights and status of hundreds of other claimants not parties to the cause.

Final disposition of the consolidated suit will doubtless be determinative of the rights and status of many of the trust claimants whether parties to the cause or not, but if there should be trust claimants involved in but not parties to this suit whose claims are predicated on a different state of facts or the basis of which is different from those in the instant case such claims would not be concluded by the disposition of this cause.

For the reasons herein announced, the final decree below is reversed and cause remanded.

Reversed.

WHITFIELD, P.J., AND DAVIS, J., concur.

BUFORD, C.J., AND          , BROWN, J.J., concur in the opinion and judgment.

C. R. MARSH, *Appellant,* v. W. T. POLLARD and R. B. CURLIN, *Appellees.*

138 So. 727.

Division A.

Decision filed January 7, 1932.

*L. S. Owens,* for Appellant;

*Sparkman & Knight,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said

decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J. AND ELLIS AND BROWN, J.J., concur.

WILLIS MCWILLIAMS and FLORIDA MCWILLIAMS, heirs at law of George McWilliams, *Appellants,* v. ROSA MC-WILLIAMS, (widow), *Appellee.*

137 So. 275.

En Banc.

Decision filed January 7, 1932.

Petition for rehearing denied January 29, 1932.

*Eldridge Hart,* of Winter Park, for Appellants;
*Warren Parks,* of Orlando, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree. It is therefore considered, ordered, and adjudged by the court that the said decree of the circuit court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

GRADY RICHTER, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

138 So. 728.

Division A.

Decision filed January 7, 1932.

*H. H. Wells,* for Plaintiff in Error;